UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ, | No. C 08-4543 MHP (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| Nurse FLOREZ; et al., | |
| Defendants. | |
| _____/ | |

     Andrew R. Lopez filed this <u>pro se</u> civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions at the Corcoran State Prison in Corcoran, California. Corcoran is in Kings County, and that county is within the venue of the Eastern District of California. Defendants are employed at Corcoran State Prison and in state government offices in Sacramento, and apparently reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. <u>See</u> 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

     IT IS SO ORDERED.

DATED: December 18, 2008

_____
Marilyn Hall Patel
United States District Judge

United States District Court
For the Northern District of California