UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANDREW R. LOPEZ, | 1:08-cv-01975-DLB (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | **OR** PAY FILING FEE WITHIN 45 DAYS |
| FLOREZ, et al., | |
| Defendants. | ORDER DIRECTING CLERK OF COURT TO SEND TO PLAINTIFF APPLICATION FORM TO PROCEED IN FORMA PAUPERIS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee. On September 9, 2008, Plaintiff submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, using the application form for the United States District Court, Northern District of California. This case was transferred to the Eastern District of California on December 30, 2008.

The Court requires that Plaintiff re-submit his application to proceed in forma pauperis, using the application form for the Eastern District of California. Plaintiff is specifically required to complete section 3f on the form, indicating whether he has received money from any source not detailed in sections 3a-3e ,over the last twelve months.

///

-1-

1       Accordingly, IT IS HEREBY ORDERED that:

2       Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

8       **Failure to comply with this order will result in a recommendation that this action be dismissed.**

10       IT IS SO ORDERED.

11       **Dated: February 13, 2009**              **/s/ Dennis L. Beck**
                                                                       UNITED STATES MAGISTRATE JUDGE