1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  ANDREW R. LOPEZ,                          CASE NO. 1:08-cv-01975-LJO-SKO PC

10              Plaintiff,                    ORDER

11      v.

12 FLOREZ, et al.,

13              Defendants.
                                    /

14

15      Plaintiff Andrew R. Lopez ("Plaintiff") is a state prisoner proceeding pro se in this civil

16 rights action pursuant to 42 U.S.C. § 1983.  On February 19, 2010, the Court dismissed Plaintiff's

17 complaint for failure to state any claims upon which relief can be granted under Section 1983.  (Doc.

18 #15.)  The Court provided Plaintiff with leave to file an amended complaint.  The amended

19 complaint was due within thirty (30) days of the date of service of the February 19, 2010 order.

20      Plaintiff has not filed an amended complaint.  Instead, Plaintiff filed objections, pursuant to

21 Federal Rule of Civil Procedure 72(a) requesting that the February 19, 2010 order be vacated.

22 Plaintiff's request was denied on June 23, 2010.  (Doc. #19.)  To the extent that Plaintiff wishes to

23 file an amended complaint, Plaintiff must file it within thirty (30) days of the date of service of this

24 order.

25      Accordingly, it is HEREBY ORDERED that:

26      1.      Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an

27              amended complaint; and

28 ///

                                            1

2.      If Plaintiff fails to file an amended complaint, the Court will recommend that this

action be dismissed, with prejudice, for failure to state a claim.


IT IS SO ORDERED.

**Dated:      June 24, 2010**                          /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE