# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ, | CASE NO. 1:08-cv-01975-LJO-SKO PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 21) |
| FLOREZ, et al., | |
| Defendants. | |

Plaintiff Andrew R. Lopez ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 28, 2010, the Magistrate Judge issued a Findings and Recommendations which recommended that Plaintiff's March 24, 2010 motion requesting preliminary injunctive relief be denied. (Doc. #21.) The Findings and Recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days of the date on which the Findings and Recommendations were served. Plaintiff filed objections on July 12, 2010. (Doc. #22.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

1   Accordingly, the Court HEREBY ORDERS that:

2   1.   The June 28, 2010 Findings and Recommendations are ADOPTED in full; and

3   2.   Plaintiff's March 24, 2010 motion requesting preliminary injunctive relief is

4        DENIED.

IT IS SO ORDERED.

Dated:   **August 30, 2010**             /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE