# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>FLOREZ, et al.,<br><br>        Defendants. | CASE NO. 1:08-cv-01975-LJO JLT PC<br><br>ORDER REQUIRING PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION TO EFFECTUATE SERVICE OF PROCESS TO DEFENDANTS FLOREZ, REED AND VERONICA<br><br>(Doc. 34) |

On January 30, 2012, the Court directed the United States Marshal to service Defendants Florez, Reed and Veronica the summons and complaint. (Doc. 33) The summons were returned unexecuted. (Doc.34) The Marshal reported that the CDCR was unable to locate any record of these Defendants. Id. at 1-3.

**ORDER**

Accordingly, it is **HEREBY ORDERED** that within 14 days from the date of this order, Plaintiff **SHALL** provide additional information as to where Defendants Florez, Reed and Veronica may be served. Alternatively, Plaintiff may notify the Court that he chooses to proceed with the case only as to the defendants who have been served.

**Plaintiff is advised that his failure to comply with the Court's order, will result in a recommendation that the matter be dismissed as to Defendants Florez, Reed and Veronica**

**pursuant to Rule 4(m).  Because these are the only named Defendants, this would result in termination of this matter.**

IT IS SO ORDERED.

Dated:   **February 23, 2012**                                         /s/ Jennifer L. Thurston
                                                                       UNITED STATES MAGISTRATE JUDGE