IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>FLOREZ, et al.,<br><br>　　　Defendants.<br>_____/ | Case No. 1:08-cv-01975 LJO JLT (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND FOR ORDERS RE SERVICE AND APPOINTMENT OF COUNSEL AS MOOT.<br><br>(Doc. 42) |

　　　　On March 23, 2012, this Court ordered Plaintiff to provide additional information to effectuate service on Defendants Reed, Florez, and Veronica within 14 days. (Doc. 35). Plaintiff responded to the Court's order within four days. (Doc. 36).

　　　　On March 9, 2012, after this Court received Plaintiff's response, this Court issued an Order Directing the United States Marshall Service to Initiate Re-Service on Defendants Florez, Reed, and Veronica using the Assistance of Legal Affairs Division of the CDCR. (Doc. 40). On the same day the Court issued its order, Plaintiff filed an additional motion requesting an extension of time to provide the Court with information to effectuate service on Defendants Reed, Florez, and Veronica. (Doc. 42). Plaintiff's March 9, 2012 Motion further requested the Court issue orders directing the United States Marshall to re-serve Defendants and issue an order on Plaintiff's previous request to appoint counsel. Id.

　　　　Given that the Court recently ordered the United States Marshall to initial re-service of the

operative complaint, the Court denies Plaintiff's request for an extension of time as moot.  (Doc. 40).  The Court will await a determination of whether service can be effectuated before it requires additional information from Plaintiff or makes any further orders regarding service.

Accordingly, it is **HEREBY ORDERED** that Plaintiff's March 9, 2012 motion for an extension of time (Doc. 42) and motion for further orders directing service are **DENIED** as moot.

IT IS SO ORDERED.

Dated:   **March 14, 2012**                                             /s/ Jennifer L. Thurston
                                                                        UNITED STATES MAGISTRATE JUDGE

2