IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>                          Plaintiff,<br><br>    v.<br><br>FLORES, et al.,<br><br>                         Defendants. | Case No. 1:08-cv-01975-LJO-JLT (PC)<br><br>ORDER DISREGARDING MOTION TO REVISIT SERVICE OF DEFENDANT "VERONICA"<br><br>(Doc. 64) |

      Plaintiff is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. (Doc. 1). On August 16, 2012, Plaintiff filed a motion to revisit the service of Defendant "Veronica." (Doc. 64). On August 22, 2012, the most recent summons for Defendant Veronica was returned unexecuted. (Doc. 65). As a result, the Court has recently issued Findings and Recommendations to dismiss Defendant "Veronica" for lack of service. Given that the latest summons for "Veronica" has been returned unexecuted and the Findings and Recommendations recently issued, the Court disregards Plaintiff's motion to revisit service on Defendant "Veronica" as moot.

IT IS SO ORDERED.

    Dated:   **August 24, 2012**                    **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE