UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>                              Plaintiff,<br><br>v.<br><br>FLOREZ, et al.,<br><br>                              Defendants. | Case No.: 1:08-cv-01975 LJO JLT<br><br>**ORDER TO DEFENDANTS TO REPORT ON THE STATUS OF PLAINTIFF'S MEDICAL RECORDS REQUEST**<br><br>(Doc. 93) |

On December 13, 2012, Plaintiff filed a report indicating that he has requested his medical records and, despite the passage of 30 days, they have not been produced. (Doc. 93) He seeks a subpoena to CDCR to produce the records.

Therefore, **within 10 days** of the date of service of this order, the Court **ORDERS**:

1. Defendants' counsel **SHALL** investigate Plaintiff's claim related to the production of the medical records;

2. Defendants' counsel **SHALL** report either that the records have been produced OR explain why they have not been produced.

IT IS SO ORDERED.

Dated:   **December 17, 2012**                    /s/ Jennifer L. Thurston
                                                                       UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28