IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>   Plaintiff,<br><br>v.<br><br>FLOREZ, et al.,<br><br>   Defendants. | Case No. 1:08-cv-01975 LJO JLT (PC)<br><br>**ORDER  DIRECTING U.S. MARSHAL TO SERVE SUBPOENA**<br><br>(Doc. 88). |

Plaintiff is proceeding pro se and in forma pauperis in this action pursuant to 28 U.S.C. § 1983.  The Court previously granted Plaintiff's Request for the Clerk to Issue a Subpoena and ordered Plaintiff to complete and return the subpoena and the Form USM-285 to the Court. (Doc. 88). Plaintiff has since submitted the required documents.  Accordingly, IT IS HEREBY ORDERED:

   1. The Clerk of the Court is directed to forward Plaintiff's submitted forms to the U.S. Marshal,

   2. The U.S. Marshal shall Personally serve the subpoena and a copy of this order on the person/entity listed on the subpoena pursuant to Federal Rule of Civil Procedure 45 and  28 U.S.C. § 1915;

   3. Within ten days after personal service is accomplished, the U.S. Marshal shall file

the return of service.  Such costs shall be enumerated on the U.S.M.-285 Form and shall include all costs incurred by the U.S. Marshal in serving the subpoena.  Costs of service may be taxed against the defendant, in certain circumstances, pursuant to Federal Rule of Civil Procedure.

IT IS SO ORDERED.

Dated:   **December 21, 2012**                    /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE