IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FLOREZ, et al,<br><br>　　　　　　Defendants. | Case No. 1:08-cv-01975-LJO-JLT  (PC)<br><br>**ORDER DENYING MOTION TO APPOINT COUNSEL**<br><br>(Doc. 104). |

On January 2, 2013, Plaintiff filed his sixth request for appointed counsel. (Doc. 104). Plaintiff's motion comes one week after the filing of his prior motion for appointed counsel. (Docs. 97 and 100). For the reasons previously stated in the five prior orders denying Plaintiff's request and the reasons set forth below, Plaintiff's sixth motion to appoint counsel is **DENIED**.

In the five days since the Court last reviewed Plaintiff's case, it has not found any additional information that would render the case exceptional. Likewise, Plaintiff continues to demonstrate that he is able to articulate numerous arguments regarding his claims.

As before, Plaintiff continues to claim that his ability to litigate his case is being obstructed. (Doc. 104). He blames the Court for returning a subpoena he submitted for signature and contends that he has failed to receive discovery responses and certifications of medical records. (Doc. 104). The Court reminds Plaintiff that the fact that a licensed attorney may be able to navigate the legal system better than Plaintiff, unfortunately for Plaintiff, that is not the

standard. *See* <u>Rand v. Rowland</u>, 113 F.3d 1520, 1525 (9th Cir. 1997).  As set forth in the Court's prior rulings, Plaintiff's case is not exceptional.  The fact that his medical records did not contain the information he sought does not change the Court's view of his case.  Likewise, fact that Plaintiff did not receive a certification of authenticity with the records he recently received can be addressed through discovery with Defendants.  (Doc. 104 at 2).

For the foregoing reasons IT IS HEREBY ORDERED that Plaintiff's motion for the appointment of counsel is **DENIED**, without prejudice.  However, Plaintiff is advised that his continued filing of frivolous motions will result in the imposition of sanctions, up to and and including dismissal of this litigation.

IT IS SO ORDERED.

Dated:   **January 7, 2013**                              /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE

2