1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANDREW R. LOPEZ,                          Case No. 1:08-cv-01975-LJO-JLT  (PC)

12            Plaintiff,                        **ORDER DEEMING NOTICE OF**
                                                **FAILURE TO RESPOND TO**
13   vs.                                        **INTERROGATORIES AS A MOTION**
                                                **TO COMPEL DISCOVERY RESPONSES**
14   FLOREZ, et al,                             **ORDER DENYING MOTION TO**
                                                **COMPEL**
15            Defendants.
                                                (Docs. 102 and 105).
16

17          On January 2, 2013, Plaintiff filed a "Notice of Defendant's Failure to Respond to

18   Interrogatories (Set Two)."  (Doc. 102).  Defendants objected to Plaintiff's motion and attached a

19   copy of the responses served on Plaintiff.  (Doc. 105).  The Court will deem Plaintiff's January 2,

20   2013 pleading as a Motion to Compel Discovery Responses.

21          Plaintiff states that he sent the discovery requests to Plaintiff on November 6, 2012, but

22   received no responses.  (Doc. 102 at 1).  Plaintiff claims that Defendants' responses were due

23   December 21 2012 and asks this Court to enter "default" and sanctions against Defendants for

24   failing to respond.  (Doc. 102).  Defendants have attached copies of the responses to the

25   interrogatories at issue.  (Doc. 105-1).  The documents demonstrate that Defendants' served

26   Plaintiff with their respective responses on December 21, 2012.  Thus, Plaintiff's need to compel

27   the requested document is not necessary and sanctions are not warranted.

28

                                               1

Accordingly, it is HEREBY ORDERED that Plaintiff's January 17, 2012 motion to compel a Corrected Proof of Service and Plaintiff's January 2, 2013 motion to compel Defendants' Responses to Interrogatories, Set Two, dated November 6, 2012 are **DENIED** as moot.

IT IS SO ORDERED.

Dated:   **January 7, 2013**               **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE