IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FLOREZ, et al,<br><br>　　　　Defendants. | Case No. 1:08-cv-01975-LJO-JLT  (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT FOR DEFENDANTS' FAILURE TO RESPOND TO SET ONE OF DISCOVERY SET ONE**<br><br>(Doc. 108). |

　　　　On January 7, 2013, Plaintiff filed a "Motion for Default for Defendant's Failure to Respond to Set One of Discovery." (Doc. 108).  Defendants objected to Plaintiff's motion and attached a copy of the proofs of service showing that Defendants' responses to the discovery at issue were served on Plaintiff on December 21, 2013.  (Doc. 109-1).  Given that Defendants have responded to Plaintiff's discovery, no action against Defendants is warranted.  Accordingly, it is HEREBY ORDERED that Plaintiff's January 7, 2013 motion for default is **DENIED**.

IT IS SO ORDERED.

　Dated:　**January 10, 2013**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1