UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLOREZ, et. al,<br><br>　　　　Defendants. | Case No.: 1:08-cv-01975 – LJO – JLT (PC)<br><br>ORDER DENYING MOTION FOR SIGNING AND SERVICE OF SUBPOENAS<br><br>(Doc. 152) |

　　Plaintiff Andrew R. Lopez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff requests the Court issue a subpoena to the Warden of California State Prison – Corcoran that would enable Plaintiff to obtain certain housing records and emergent care records. (Doc. 152). Discovery closed in this matter on March 4, 2013. (Doc. 78 at 2).

　　Therefore, Plaintiff's request for subpoenas (Doc. 152) is **DENIED as untimely**.

IT IS SO ORDERED.

　Dated: __April 12, 2013__　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1