# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FLOREZ, et al.,<br><br>　　　　　Defendant.<br>_____/ | Case No. 1:08-cv-01975 LJO JLT (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR COURT APPERANCE FOR ANDREW LOPEZ CDCR # D86271**<br><br>DATE:  January 30, 2014<br>TIME:   1:30 p.m. |

**Andrew R. Lopez, CDCR # D-86271**, is a necessary and material witness at a trial in this action and is confined at California State Prison, Corcoran (COR), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Michael J. Seng in courtroom #6 at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721, on **January 30, 2014** at **1:30 p.m.**

**ACCORDINGLY, IT IS ORDERED that:**

　　　　1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference, at the time and place above, until completion of the settlement conference or as ordered by Judge Michael J. Seng; and

　　　　2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:**　　Warden, COR, P. O. Box 8800, Corcoran, California 93212

　　　　**WE COMMAND** you to produce the inmate named above to testify before Judge Seng at the time and place above, until completion of the settlement conference or as ordered by Judge Seng.

　　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

　Dated:   **December 18, 2013**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE