UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>　　　　　Plaintiff,<br>　　v.<br>FLOREZ, et al.<br><br>　　　　　Defendant. | 1:08-cv-01975 LJO JLT (PC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL<br><br>(Doc. 206) |

On January 13, 2014, Plaintiff filed a motion seeking the appointment of counsel on appeal. (Doc. 206.) Plaintiff already has retained counsel in his action in this Court. This Court has neither the authority nor jurisdiction regarding issues raised in the pendency of Plaintiff's appeal. If Plaintiff desires the assistance of counsel on appeal, he should raise such a request to his counsel in this case, or alternatively to the Ninth Circuit. Further, since Plaintiff is represented by counsel in this Court, he should refrain from personally submitting requests directly to this Court, and should do so only through counsel. Accordingly, Plaintiff's motion for appointment of counsel on appeal (Doc. 206), is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

　　Dated:　**January 23, 2014**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE