# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

          Plaintiff,

   v.

FLOREZ, et al.,

          Defendants.

1:08-cv-01975-LJO-JLT (PC)

ORDER DISMISSING ACTION WITH PREJUDICE PER STIPULATION

(Doc. 212)

Plaintiff, Andrew R. Lopez, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 13, 2014, a settlement conference was held in this matter in front of Magistrate Judge Michael J. Seng.  (Doc. 210.)  The case settled and the parties were ordered to file dismissal documents within 180 days.  (*Id.*)  On June 18, 2014, the parties filed a fully executed stipulation of dismissal.  (Doc. 212.)

In accordance with the parties' stipulation, it is HEREBY ORDERED that this action is dismissed with prejudice and the Clerk of the Court is ordered to close the case.

IT IS SO ORDERED.

Dated:   **June 19, 2014**                    **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE

1